UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHELLE M. DISALVO,<br><br>Defendant. | Criminal No.<br><br>Violation:<br><br><u>Count One</u>: Receiving Stolen Government Money or Property<br>(18 U.S.C. § 641)<br><br><u>Count Two</u>: Social Security Fraud – Concealment<br>(42 U.S.C. § 1383a(a)(3))<br><br><u>Count Three</u>: False Statements<br>(18 U.S.C. § 1001(a)(3))<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

<u>INFORMATION</u>

<u>COUNT ONE</u>
Receiving Stolen Government Money or Property
(18 U.S.C. § 641)

The United States Attorney charges:

From in or about October 2013 through in or about October 2023, in the District of Massachusetts, the defendant,

MICHELLE M. DISALVO,

did, on a recurring basis, knowingly and willfully receive, conceal, and retain, with the intent to convert to her own use or gain, any money and thing of value of the United States and of any department and agency thereof, in a total amount greater than $1,000, namely, approximately $93,640 in Social Security disability benefits, which she knew to have been embezzled, stolen,

purloined, or converted.

All in violation of Title 18, United States Code, Section 641.

<u>COUNT TWO</u>
Social Security Fraud – Concealment
(42 U.S.C. § 1383a(a)(3))

The United States Attorney further charges:

From in or about October 2013 through in or about October 2023, in the District of Massachusetts, the defendant,

MICHELLE M. DISALVO,

having knowledge of the occurrence of an event affecting her continued right to any such benefit under Title 42, United States Code, Chapter 7, Subchapter XVI, concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized.

All in violation of Title 42, United States Code, Section 1383a(a)(3).

COUNT THREE
False Statements
(18 U.S.C. § 1001(a)(3))

The United States Attorney further charges:

On or about October 5, 2023, in the District of Massachusetts, the defendant,

MICHELLE M. DISALVO,

knowingly and willfully made and used a materially false, fictitious, and fraudulent writing or document in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, she submitted a lease agreement to the Social Security Administration that listed her as the only occupant of a rental property. The document was fraudulent because, as DISALVO then and there knew, she lived with her husband at the rental property. The document was material because, as DISALVO then and there knew, her husband's income and resources would have affected the amount of her Social Security disability benefits if she reported living with him.

All in violation of Title 18, United States Code, Section 1001(a)(3).

## FORFEITURE ALLEGATION
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

The United States Attorney further alleges:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 641, set forth in Count One, the defendant,

MICHELLE M. DISALVO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, the following asset:

   a. $93,640, to be entered in the form of a forfeiture money judgment.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

                                    LEAH B. FOLEY
                                    UNITED STATES ATTORNEY

By: _____
        JAMES J. NAGELBERG
        Special Assistant United States Attorney

Dated:   January 12, 2026